UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM MCCARGO,

                    Petitioner,

    -against-

WARDEN JAMISON,

                    Respondent.

24cv2280 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the April 30, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 30, 2024
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge